FRISHON REALTY CORPORATION, Appellant, *v.* ISIDORE R. STERN et al., Respondents.

Submitted May 26, 1941; decided June 5, 1941.

*Nathan A. Goldenthal* for appellant.

*Aaron H. Marx* and *S. David Liebowitt* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that an appeal lies of right from the judgment entered thereon.